IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: September 24, 2015 |
| Court Reporter: Gwen Daniel | Probation: Tina Parde |
| Interpreter: Susana Cahill | Time: thirty minutes |

_____

Criminal Action No. 14-cr-00230-WJM          *Counsel:*

UNITED STATES OF AMERICA,                    Zachary Phillips

    Plaintiff,

v.

2. JESUS MOLINA-VILLARREAL,                  John Schlie

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:00 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. Schlie

1

The Court addresses the objections to the Presentence Investigation Report and enters rulings on the record.

**ORDERED:** There being no objection to the motion, the Government's Motion For Defendant To Receive Three-Level Decrease For Acceptance Of Responsibility Under U.S.S.G. §3E1.1(b) [272], the motion is **GRANTED**.

**ORDERED:** There being no objection to the motion, the Government's Motion To Dismiss Remaining Counts Of The Indictment As To Defendant Jesus Molina-Villarreal [273], is GRANTED. Counts Five, Six, Seven and Sixteen of the Indictment are dismissed as to Defendant Jesus Molina-Villarreal only.

Defendant's Allocution

**ORDERED:** Defendant Molina-Villarreal's Motion For Downward Variance From The Advisory Guideline Range [274] is GRANTED.

> Defendant plead guilty to Count One of the Indictment and admitted to the forfeiture allegation on July 6, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Jesus Molina-Villarreal, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of TIME SERVED.**

**The defendant's custodial sentence has been satisfied as of the date of sentencing. The Bureau of Prisons is directed to release the defendant to the custody of the United States Immigration And Customs Enforcement as soon as practicable, but in no event later than one week from today, October 1, 2015.**

**ORDERED:** **Special Condition of Supervision:**

**If the defendant is deported he shall not re-enter the United States illegally. If the defendant enters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return.**

**The mandatory drug-testing provisions of Section 3563(a)(5) are waived because it is likely that the defendant will be removed from this country at the conclusion of his custodial sentence.**

2

> **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:** **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

02:30 p.m.   Court in Recess
             Hearing concluded