IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 14-cr-00230-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. JESUS MOLINA-VILLARREAL,

 Defendant.

---

**ORDER**

---

 PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

 ORDERED that Defendant Jesus Molina-Villarreal, is sentenced to TIME SERVED.

 Dated at Denver, Colorado, this 24th day of September, 2015.

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge